

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00110-CV

———————————————

LINDA HECKATHORN CLYMA, Appellant

V.

DOUGLAS SCOTT CLYMA, Appellee

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-624458-17

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION AND JUDGMENT

On April 7, 2020, Linda Heckathorn Clyma timely appealed from the trial court's amended final divorce decree. We abated the appeal while the parties mediated the case. Four months later, the mediator informed us that the parties had failed to settle, and we thus reinstated the appeal.

Linda's brief was originally due on February 26, 2021. *See* Tex. R. App. P. 38.6(a). Linda moved to extend her briefing deadline to March 29, 2021, and we granted the motion.

On March 2, 2021, Linda's counsel moved to withdraw. We granted the motion the following day, and Linda proceeded pro se.

On the day Linda's brief was due—March 29, 2021—she moved for an extension of time to file her brief. We granted her motion and extended her briefing deadline to April 6, 2021. As the April 6 deadline approached, Linda moved for her third extension of time, which we granted. Linda moved for three more extensions, and we granted each extension request. In our order granting Linda's sixth extension request, we ordered her brief due May 25, 2021, and stated that "**FURTHER EXTENSION REQUESTS WILL BE STRONGLY DISFAVORED**." Despite this warning, Linda did not file a brief.

On June 9, 2021, we notified Linda that her brief had not been filed as the appellate rules require. *See id.* We stated that we could dismiss this appeal for want of prosecution unless, by June 21, 2021, Linda or any party desiring to continue the

appeal filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). Linda missed the deadline, but in the early morning hours of June 22, 2021, she submitted a noncompliant brief[1] and filed an extension motion explaining why her brief was late and asking for time to amend the brief she had submitted.

Including Linda's initial briefing deadline, Linda has had eight opportunities to file her brief, but she has failed to file a compliant brief. Because Linda failed to file a compliant brief after six briefing extensions and because she did not timely file a compliant brief and an extension motion after we gave her an opportunity to do so, we deny Linda's seventh extension motion and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f). Appellant Linda Heckathorn Clyma must pay all costs of this appeal.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: July 15, 2021

---

[1] *See* Tex. R. App. P. 9.4(d), 9.9, 38.1(b), (c), (k).